# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHELSEA MURPHY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | DOCKET NO: 1:21-cv-05622-NLH-AMD |
| vs. | : | |
| AMAZON FULFILLMENT SERVICES INC. d/b/a AMAZON FULFILLMENT CENTER TEB3; and JOHN DOES 1-5 AND 6-10, | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | : | |

**IT IS HEREBY STIPULATED** by and between the parties to the above-captioned action that all claims are hereby dismissed with prejudice and without fees and costs to either side.

**COSTELLO & MAINS, LLC**                **MORGAN, LEWIS & BOCKIUS LLP**

By:_____            By:_*s/Emily C. DeSmedt*_____
    Miriam S. Edelstein                                 Emily Cuneo DeSmedt
                                                                         Brian Mahoney

Dated:___7/26/2022_____              Dated:_9/14/2022_____